IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0588

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN PATRICK SULLIVAN,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's notice of intent to file reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's reply brief is due on or before October 3, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2022